**Godefroy Youssa TCHEUFA,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General
of the United States of America; Jan-
et Napolitano, Secretary of the De-
partment of Homeland Security
(DHS); Julie Mayers, Assistant Secre-
tary, United States Immigration and
Customs Enforcement (ICE); Michael
J. Pitts, Field Office Director for De-
tention and Removal; Diana Perez,
Officer in Charge, Willacy Detention
Center, Raymondville, Texas; Robert
Miles, Warden, Willacy Detention
Center, Raymondville, Texas, Respon-
dents.**

No. 10–1032.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2010.

Decided: July 16, 2010.

Godefroy Youssa Tcheufa, Petitioner Pro Se. Brianne Whelan Cohen, Tyrone Sojourner, United States Department of Justice, Daniel Eric Goldman, Senior Litigation Counsel, Washington, D.C., for Respondents.

Before MICHAEL,* MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

* Judge Michael was a member of the original panel but did not participate in this decision.

PER CURIAM:

Godefroy Youssa Tcheufa, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely. We have reviewed the administrative record and Tcheufa's claims and find no abuse of discretion in the denial of relief on Tcheufa's motion. *See* 8 C.F.R. § 1003.2(c)(2) (2010). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Tcheufa* (B.I.A. Dec. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*